**Sega Corporation and Sega of America, Inc. v. The Partnerships and Unincorporated Associations Identified on Schedule "A" – Case No. 23-cv-16594**

Schedule A

| No. | Seller Alias | URL |
|---|---|---|
| 1 | Baoding Baigou New Town Yan Xiannv Plush Doll Sales Department | https://xiannv666.en.alibaba.com/minisiteentrance.html |
| 2 | Changsha Botu Trade Co., Ltd. | https://botujoy.en.alibaba.com/minisiteentrance.html |
| 3 | Changsha Zhouhang Technology Co., Ltd | https://cszhouhang.en.alibaba.com/minisiteentrance.html |
| 4 | Dongguan Kaan Technology Co., Ltd. | https://cnkaan.en.alibaba.com/minisiteentrance.html |
| 5 | Dongguan Rui Teng Gift Co., Ltd. | https://ruiteng-gift.en.alibaba.com/minisiteentrance.html |
| 6 | Dongyang Kaishan Network Technology Co., Ltd. | https://dongyangkaishan.en.alibaba.com/minisiteentrance.html |
| 7 | Foshan City Smart Mascot Costume Co., Ltd. | https://smartmascottoys.en.alibaba.com/minisiteentrance.html |
| 8 | Hefei Ruizi Textile Co., Ltd. | https://ruizitextile.en.alibaba.com/minisiteentrance.html |
| 9 | Huizhou Taijoy Technology Co., Ltd. | https://plustoys.en.alibaba.com/minisiteentrance.html |
| 10 | Nantong Diashi Textile Technology Co., Ltd. | https://ntdys.en.alibaba.com/company_profile.html |
| 11 | Ningbo City Beijila Pets Products Co., Ltd. | https://beijila.en.alibaba.com/minisiteentrance.html |
| 12 | Quanzhou Laiao Plastic Products Co., Ltd | https://kawaii202109.en.alibaba.com/minisiteentrance.html |
| 13 | Quanzhou Yoho Yoho Trading Co., Ltd. | https://youhuyouhu.en.alibaba.com/minisiteentrance.html |
| 14 | Shantou Shuoyin Technology Co., Ltd. | https://soyto.en.alibaba.com/minisiteentrance.html |
| 15 | Shenzhen Enmei Trading Co., Ltd. | https://enmeitrading.en.alibaba.com/ |
| 16 | Shenzhen Hechun Technology Co., Ltd. | https://hecion.en.alibaba.com/minisiteentrance.html |
| 17 | Shenzhen Leguoguo Trading Co., Ltd. | https://leguoguotrading.en.alibaba.com/ |
| 18 | Shenzhen Lingchi Electronic Commerce Co., Ltd. | https://lingchisilicone.en.alibaba.com/minisiteentrance.html |

| | | |
|---|---|---|
| 19 | Shenzhen Mingbo Electronic Commerce Co., Ltd. | https://mingbosz.en.alibaba.com/minisiteentrance.html |
| 20 | Shenzhen Mingliu Trade Co., Ltd. | https://woneone.en.alibaba.com/minisiteentrance.html |
| 21 | Shenzhen Reians Trading Co., Ltd. | https://rhfun.en.alibaba.com/ |
| 22 | Shenzhen Xuanyi Trading Co., Ltd. | https://iceysundy.en.alibaba.com/minisiteentrance.html |
| 23 | Shenzhen Youweiyoupin Tech Co., Ltd. | https://cnywyp.en.alibaba.com/minisiteentrance.html |
| 24 | Shijiazhuang Qunze Traning Co., Ltd. | https://hbqunze.en.alibaba.com/minisiteentrance.html |
| 25 | Wenzhou Ainy Crafts And Gifts Co., Ltd. | https://ainyrose.en.alibaba.com/minisiteentrance.html |
| 26 | Xinxiang Qianrui Toys Co., Ltd. | https://qianruitoys.en.alibaba.com/minisiteentrance.html |
| 27 | Yangzhou Fan Gift Trading Co., Ltd. | https://fangift.en.alibaba.com/minisiteentrance.html |
| 28 | Yiwu Haiti E-Commerce Firm | https://haiti603.en.alibaba.com/minisiteentrance.html |
| 29 | Yiwu Juanke E-Commerce Firm | https://juanke.en.alibaba.com/minisiteentrance.html |
| 30 | Yiwu Kuayue Trade Co., Ltd. | https://orbro.en.alibaba.com/minisiteentrance.html |
| 31 | Yiwu Shi Nian Trade Co., Ltd. | https://cn1557495554nhhr.en.alibaba.com/minisiteentrance.html |
| 32 | Yiwu Xinqin Trading Company Limited | https://xinqin2009.en.alibaba.com/minisiteentrance.html |
| 33 | Zhejiang Coobird Technology Co., Ltd. | https://coobird77.en.alibaba.com/minisiteentrance.html |
| 34 | Anime Dragon Ball Z Clothing Store | https://www.aliexpress.com/store/1102814673 |
| 35 | DISMISSED | DISMISSED |
| 36 | Irory Cos Store | https://www.aliexpress.com/store/1102784156 |
| 37 | JY Baby Store | https://www.aliexpress.com/store/1101275406 |
| 38 | DISMISSED | DISMISSED |
| 39 | GAOYULINABCDD | https://www.amazon.com/sp?ie=UTF8&seller=AWKFQ4K3VW6F3 |
| 40 | huangjiaxinhaikou | https://www.amazon.com/sp?ie=UTF8&seller=A3RNM5LRRD3FE9 |
| 41 | liqiangkuajingbeimei | https://www.amazon.com/sp?ie=UTF8&seller=A3RNM5LRRD3FE9 |
| 42 | DISMISSED | DISMISSED |

| | | |
|---|---|---|
| 43 | ADDUPICT | https://www.amazon.com/sp?ie=UTF8&seller=A204FZD2PO6H03 |
| 44 | ANICEGIV | https://www.amazon.com/sp?ie=UTF8&seller=AG2W1V2Z4R6M8 |
| 45 | AqwhHiop | https://www.amazon.com/sp?ie=UTF8&seller=A1PCCXX6YI06PK |
| 46 | DISMISSED | DISMISSED |
| 47 | bangxiang | https://www.amazon.com/sp?ie=UTF8&seller=A2ALUSHWP0OEM4 |
| 48 | CFWFTOY | https://www.amazon.com/sp?ie=UTF8&seller=A1JU34C46AFGBB |
| 49 | CSNARTS | https://www.amazon.com/sp?ie=UTF8&seller=A224J8V387CH4D |
| 50 | Dulucky | https://www.amazon.com/sp?ie=UTF8&seller=A10TXCLM18B0M1 |
| 51 | dunju | https://www.amazon.com/sp?ie=UTF8&seller=AQKUEL4NVP46O |
| 52 | DISMISSED | DISMISSED |
| 53 | GYCbytzd | https://www.amazon.com/sp?ie=UTF8&seller=A10E8JG2OO3WIC |
| 54 | haKaiG | https://www.amazon.com/sp?ie=UTF8&seller=A1JYWJWOS34U09 |
| 55 | hechunyue | https://www.amazon.com/sp?ie=UTF8&seller=A24ZJUKT2K9225 |
| 56 | Hetting | https://www.amazon.com/sp?ie=UTF8&seller=A2UK8URZP4L5ZG |
| 57 | HOANG THI PHUC | https://www.amazon.com/sp?ie=UTF8&seller=A30R5JZRQUMI8 |
| 58 | hongshishangmao | https://www.amazon.com/sp?ie=UTF8&seller=ARJJR45USIF3L |
| 59 | HSZF-YIO | https://www.amazon.com/sp?ie=UTF8&seller=AYT7D4GWU5LDG |
| 60 | jiajialiuliu8899 | https://www.amazon.com/sp?ie=UTF8&seller=A23KL3AQ0MV1PL |
| 61 | jinanlianbingwangluokejiyouxiangongsi | https://www.amazon.com/sp?ie=UTF8&seller=A1NYABCKLEO9IU |
| 62 | jipedngd | https://www.amazon.com/sp?ie=UTF8&seller=A2WYGFKYIN98VY |
| 63 | JUANLING | https://www.amazon.com/sp?ie=UTF8&seller=A2JE2M7VCW502U |
| 64 | keerkezibaihuojingying | https://www.amazon.com/sp?ie=UTF8&seller=A1M6M5WGBSS4OW |
| 65 | DISMISSED | DISMISSED |
| 66 | lianxiqutaojiangbaihuodian | https://www.amazon.com/sp?ie=UTF8&seller=AONLWYRIB0EKQ |

| | | |
|---|---|---|
| 67 | likailong888 | https://www.amazon.com/sp?ie=UTF8&seller=A1KSY0HSKF5M2K |
| 68 | LONGJINGDAMAI | https://www.amazon.com/sp?ie=UTF8&seller=A28OAELCO52ZDC |
| 69 | lukangfudebeimeidianpu | https://www.amazon.com/sp?ie=UTF8&seller=A33XHZS566QM89 |
| 70 | MaYanNing223 | https://www.amazon.com/sp?ie=UTF8&seller=A26DZA79C6HA05 |
| 71 | DISMISSED | DISMISSED |
| 72 | nanjingshiyuhuataiqubaianlin | https://www.amazon.com/sp?ie=UTF8&seller=A3FNEAJOUO1W43 |
| 73 | palizhabahebieergan | https://www.amazon.com/sp?ie=UTF8&seller=A3IARUNB9QGU6Q |
| 74 | pengwenjing | https://www.amazon.com/sp?ie=UTF8&seller=A3P1O325CQ2LGD |
| 75 | PYDEE PARTY | https://www.amazon.com/sp?ie=UTF8&seller=A3JZO4OC3870J8 |
| 76 | QIANyan | https://www.amazon.com/sp?ie=UTF8&seller=A4KWQ1LAY6A3T |
| 77 | ranzifan | https://www.amazon.com/sp?ie=UTF8&seller=A23IKD7W6URL4O |
| 78 | ruihuamei | https://www.amazon.com/sp?ie=UTF8&seller=A3JYZ2WE2DQX2C |
| 79 | Sniokehome | https://www.amazon.com/sp?ie=UTF8&seller=A33NMGQKVDL6K0 |
| 80 | taianjikexuanmaoyiyouxiangongsi | https://www.amazon.com/sp?ie=UTF8&seller=A1FWX5GD3EUV3T |
| 81 | taiyuanshiyuanxinshangmaoyouxiangongsi | https://www.amazon.com/sp?ie=UTF8&seller=A2SRC50FWZ359C |
| 82 | Tide-Shop | https://www.amazon.com/sp?ie=UTF8&seller=A369X4899NUXXJ |
| 83 | DISMISSED | DISMISSED |
| 84 | DISMISSED | DISMISSED |
| 85 | Uselbon LM | https://www.amazon.com/sp?ie=UTF8&seller=A2YN45U2PVQCRZ |
| 86 | VOASME | https://www.amazon.com/sp?ie=UTF8&seller=A397YCZ48Q41J&asin=B0C7YJ6SGY&ref_=dp_merchant_link |
| 87 | wangbin123t | https://www.amazon.com/sp?ie=UTF8&seller=AVXTOI72C0CMS |
| 88 | wangshuangshuangkl | https://www.amazon.com/sp?ie=UTF8&seller=A361KEFNRPTXPV |
| 89 | wuxuanxianshimanduoguoshuxiaoshoudian | https://www.amazon.com/sp?ie=UTF8&seller=A89479I4SQP1W |
| 90 | XBSdzCHUIZHI | https://www.amazon.com/sp?ie=UTF8&seller=A3HKYMK1L4MAMS |

| | | |
|---|---|---|
| 91 | xieruyi123 | https://www.amazon.com/sp?ie=UTF8&seller=A3SDGRW8MWZ46A |
| 92 | XINLINBOYI | https://www.amazon.com/sp?ie=UTF8&seller=AL53Y3KIAULXC |
| 93 | Xluwind | https://www.amazon.com/sp?ie=UTF8&seller=A3R36AHT5NIEQ9 |
| 94 | XTWJYXGS | https://www.amazon.com/sp?ie=UTF8&seller=AO8Y1JODCXM19 |
| 95 | Xunjiesuda | https://www.amazon.com/sp?ie=UTF8&seller=A1RJAIOPDH7DZM |
| 96 | XuQiXi | https://www.amazon.com/sp?ie=UTF8&seller=A22H5UW0ULFNB0 |
| 97 | XWB | https://www.amazon.com/sp?ie=UTF8&seller=A398XVVIGS7ZYZ |
| 98 | yangquandongjindianzishangwuyouxiangongsi | https://www.amazon.com/sp?ie=UTF8&seller=A11T15QWB62Y55 |
| 99 | DISMISSED | DISMISSED |
| 100 | YQPBZCHH | https://www.amazon.com/sp?ie=UTF8&seller=AFKHY6LDIEUQT |
| 101 | zengxiangjiong | https://www.amazon.com/sp?ie=UTF8&seller=AYQXNNONSTL89 |
| 102 | zhangwenpengdedian | https://www.amazon.com/sp?ie=UTF8&seller=A3AERHWL3BUSIU |
| 103 | 生活之家123 | https://www.amazon.com/sp?ie=UTF8&isAmazonFulfilled=0&marketplaceSeller=1&orderID=113-2824970-7625833&seller=A3A81DJDUFXV74 |
| 104 | 霍州市云淘贸易店 | https://www.amazon.com/sp?ie=UTF8&seller=A8G0TIJOH2JLO |
| 105 | 韶山市朋飞化妆品商行 | https://www.amazon.com/sp?ie=UTF8&seller=A11R5S8F940WWX |
| 106 | emalvido | http://emalvido.ecrater.com |
| 107 | DISMISSED | DISMISSED |
| 108 | scuvystyle | https://scuvystyle.ecrater.com/ |
| 109 | terrific | http://terrific.ecrater.com |
| 110 | PartyPing | https://www.etsy.com/shop/PartyPing |
| 114 | Yiwu Vanho Garment Factory | https://vanho.manufacturer.globalsources.com/homepage_6008854469007.htm |
| 111 | Rockard Home | https://rockardhome.com/ |
| 112 | Hebei Art Sculpture Import&Export Co., Ltd. | https://893cd25e738f171f.en.made-in-china.com |
| 113 | Shanghai Puking International Trading Co., Ltd | https://shanghaipuking.en.made-in-china.com |
| 115 | Shenzhen core Ai Liang e-commerce Co., LTD | https://www.walmart.com/seller/18988 |

| | | |
|---|---|---|
| 116 | Guangzhou Pal industry and trade Co., LTD | https://www.walmart.com/seller/101001636 |
| 117 | Guangzhou Bayoman clothing Co., LTD | https://www.walmart.com/seller/16214 |
| 118 | DISMISSED | DISMISSED |
| 119 | Shenzhen Qushi Technology Co., LTD | https://www.walmart.com/seller/101118004 |
| 120 | Guangzhou Pal industry and trade Co., LTD | https://www.walmart.com/seller/101087374 |
| 121 | ascsagsdhxzg | https://www.wish.com/merchant/5b2a03a12b0410234dc3e6cb |
| 122 | gfdgasda | https://wish.com/merchant/5ea50838e3501b79367f6e96 |
| 123 | vrtuubt | https://wish.com/merchant/5f8a6492907c86072ed5dc66 |
| 124 | xuehuidanjkh | https://www.wish.com/merchant/5fa7bb48e0d9895c0c710f34 |
| 125 | yanigjidusxl | https://www.wish.com/merchant/5b3d8e918914db5cfee58d08 |