# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Sega Corporation, et al.

                                        Plaintiff,

v.

Case No.: 1:23−cv−16594

Honorable Martha M. Pacold

the Partnerships and Unincorporated Associations Identified on Schedule A

                                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, January 22, 2024:

       MINUTE entry before the Honorable Martha M. Pacold: Plaintiff's motion for leave to amend Schedule A by dismissing defendants No. 35 Define Cosplay Store, No. 38 My Cosplay World, No. 42 11zk, No. 46 BAICHUANG LLC, No. 65 Kosdugerne Zone, No. 71 Mazubless−us, No. 83 Tiiano US, No. 84 US Minaso Direct, and No. 99 yangquanfengxingshangmaoyouxiangongsi [33] is granted. These defendants are dismissed without prejudice. Plaintiff has filed the amended Schedule A on the docket [34]. (rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.