IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SEGA CORPORATION and SEGA OF AMERICA, INC.,<br><br>Plaintiffs,<br>v.<br><br>THE PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A,"<br><br>Defendants. | Case No. 23-cv-16594<br><br>**Judge Martha M. Pacold**<br><br>**Magistrate Judge Heather K McShain** |

## MOTION FOR LEAVE TO AMEND SCHEDULE A
## TO THE COMPLAINT INSTANTER

Pursuant to Rule 15(a)(2) of the Federal Rules of Civil Procedure, Plaintiffs Sega Corporation and Sega of America, Inc. ("Sega" or "Plaintiffs"), by their counsel, file this Motion requesting leave to file an Amended Schedule A to the Complaint *instanter*, to dismiss the following defendants from this action, who have resolved all underlying claims with the Plaintiffs:

| Defendant Seller Alias | Schedule A Line No. |
|---|---|
| dunju | 51 |
| GYCbytzd | 53 |
| HOANG THI PHUC | 57 |
| Xunjiesuda | 95 |
| XWB | 97 |

1

Dated this 26th day of January 2024.   Respectfully submitted,

/s/ Martin F. Trainor
Martin F. Trainor
Sydney Fenton
Richard M. Poskozim
Alexander Whang
TME Law, P.C.
10 S. Riverside Plaza
Suite 875
Chicago, Illinois 60606
708.475.1127
martin@tme-law.com
sydney@tme-law.com
richard@tme-law.com
alexander@tme-law.com

*Counsel for Plaintiffs Sega Corporation and Sega of America, Inc.*